B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Kunz, Wilhelm Theodor** | **Name of Joint Debtor** (Spouse) (Last, First, Middle):<br>**Wachniak, Jaimi Lynn** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**xxx-xx-1329** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-9833** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2N170 Fairfield Ave**<br>**Lombard, IL**<br>ZIP Code **60148** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2N170 Fairfield Ave**<br>**Lombard, IL**<br>ZIP Code **60148** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ■ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kunz, Wilhelm Theodor** <br> **Wachniak, Jaimi Lynn** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X /s/ Constance M. Doyle**      **October 9, 2013** <br> Signature of Attorney for Debtor(s)    (Date) <br> **Constance M. Doyle** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____ <br>
         (Name of landlord that obtained judgment)

         _____ <br>
         (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kunz, Wilhelm Theodor**<br>**Wachniak, Jaimi Lynn** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Wilhelm Theodor Kunz**
Signature of Debtor  **Wilhelm Theodor Kunz**

**X /s/ Jaimi Lynn Wachniak**
Signature of Joint Debtor  **Jaimi Lynn Wachniak**

_____
Telephone Number (If not represented by attorney)

**October 9, 2013**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

**X /s/ Constance M. Doyle**
Signature of Attorney for Debtor(s)

**Constance M. Doyle**
Printed Name of Attorney for Debtor(s)

**Law Offices of Constance M. Doyle**
Firm Name

**805 W. Rand Rd., Ste. A**
**Arlington Heights, IL 60004**

_____
Address

**Email: cdoylelaw@sbcglobal.net**
**(847) 807-4477  Fax: (312) 533-2591**
Telephone Number

**October 9, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Wilhelm Theodor Kunz**
       **Jaimi Lynn Wachniak**                                            Case No.
                                    Debtor(s)                             Chapter    **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* _____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Wilhelm Theodor Kunz**
                       **Wilhelm Theodor Kunz**

Date:   **October 9, 2013**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Wilhelm Theodor Kunz**
**Jaimi Lynn Wachniak**
Debtor(s)

Case No. _____

Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Jaimi Lynn Wachniak**
                     **Jaimi Lynn Wachniak**

Date:  **October 9, 2013**

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Afni Inc
1310 Martin Luther King Drive
PO Box 3517
Bloomington, IL 61702

Alexian Brothers Medical Group
PO BOX 5588
Belfast, ME 04915

Alexian Brothers Medical Group
PO BOX 5588
Belfast, ME 04915

Allied Collection Services
3080 S Durango Dr
Suite 208
Las Vegas, NV 89117

Allied Interstate
3000 Corporate Exchange Dr
5th Floor
Columbus, OH 43231

American Collections
919 Estes Ct
Schaumburg, IL 60193

American Coradius International LLC
2420 Sweet Home Road
Suite 150
Amherst, NY 14228

American Coradius International LLC
2420 Sweet Home Road
Suite 150
Amherst, NY 14228

Arlington Ridge Pathology SC
520 E 22nd St
Lombard, IL 60148

Armor Systems Co
17000 Kiefer Dr., Ste. 1
Zion, IL 60099

Armor Systems Co
17000 Kiefer Dr., Ste. 1
Zion, IL 60099


at&t
PO BOX 5014
Carol Stream, IL 60197


at&t
PO Box 5014
Carol Stream, IL 60197


at&t
P.O. Box 5014
Carol Stream, IL 60197


Baker Hill Dental P.C.
904 Roosevelt Rd
Unit B12
Glen Ellyn, IL 60137


Banfield Pet Hospital
8000 NE Tillamook
PO Box 13998
Portland, OR 97213


bay area credit service
1000 Abernathy Road NE
Suite 195
Atlanta, GA 30328


BestPractices of Northwest, SC
PO Box 758682
Baltimore, MD 21275


Central Dupage Hospital
25 N Winfield Rd
Winfield, IL 60190


City of Rolling Meadows Police
Kirchoff Rd
Rolling Meadows, IL 60008

```
City of Rolling Meadows Police
Kirchoff Rd
Rolling Meadows, IL 60008


Client Services, Inc
3451 Harry S Truman Blvd
Saint Charles, MO 63301


Comcast Corporation
Comcast Center
1701 JFK Boulevard
Philadelphia, PA 19103


Comed
PO Box 6111
Carol Stream, IL 60197


Comed
PO Box 6111
Carol Stream, IL 60197


Contract Callers
1058 Claussen Rd
Suite 110
Augusta, GA 30907


Convergent Outsourcing Inc
800 SW 39th St.
PO BOX 9004
Renton, WA 98057-4975


Cynergy Data
30-30 47th Avenue, 9th floor
Long Island City, NY 11101


DeVry
Student Account Center
814 Commerce Center
Oak Brook, IL 60523


DIRECTV
PO Box 78626
Phoenix, AZ 85062
```

```
Diversified Adjustment Service Inc
PO Box 32145
Fridley, MN 55432


Enhanced Recovery
8014 Bayberry Rd.
Jacksonville, FL 32256


EOS CCA
700 Longwater Drive
Norwell, MA 02061


EOS CCA
700 Longwater Drive
Norwell, MA 02061


ER Solutions Inc
PO Box 9004
Renton, WA 98057


ER Solutions Inc
PO Box 9004
Renton, WA 98057


ER Solutions, Inc
800 SW 39th St
Renton, WA 98057


ER Solutions, Inc
800 SW 39th St
Renton, WA 98057


ER Solutions, Inc
800 SW 39th St
PO Box 9004
Renton, WA 98057


Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45227


First Chicago Insurance
PO Box 389508
Chicago, IL 60638
```

First Credit Services, Inc
One Woodbridge Center
Suite 410
Woodbridge, NJ 07095


Firstsource Advantage LLC
205 Bryant Woods South
Amherst, NY 14228


FLO Mixed Martial Arts
PO Box 59838
Schaumburg, IL 60159


Franklin Collection Service, Inc
PO Box 3910
Tupelo, MS 38803


Great Lakes
PO Box 530229
Atlanta, GA 30353


Great Lakes
PO Box 530229
Atlanta, GA 30353


Grove Dental Associates
55 East Loop Road
Suite 201
Wheaton, IL 60189


Homefirst Health Services
7514 St Louis
Skokie, IL 60076


IC Systems Inc
444 Highway 96 E
PO Box 64378
Saint Paul, MN 55127-2557


IC Systems Inc
444 Highway 96 E
PO Box 64437
Saint Paul, MN 55127-2557

```
IC Systems Inc
444 Highway 96 E
PO Box 64437
Saint Paul, MN 55127-2557


Illinois Tollway
P.O. Box 5201
Lisle, IL 60532


Illinois Tollway
P.O. Box 5201
Lisle, IL 60532


JPMorgan Chase Bank, N.A.
340 S Cleveland Ave
Bldg 370
Westerville, OH 43081


JPMorgan Chase Bank, N.A.
340 S Cleveland Ave
Bldg 370
Westerville, OH 43081


JPMorgan Chase Bank, N.A.
340 S Cleveland Ave
Bldg 370
Westerville, OH 43081


JPMorgan Chase Bank, N.A.
340 S Cleveland Ave
Bldg 370
Westerville, OH 43081


Leading Edge Recovery Solutions
5440 N Cumberland Ave
Suite 300
Chicago, IL 60656


Mariusz Koziol, M.D., L.L.C.
810 Biesterfield Rd
Suite 306
Elk Grove Village, IL 60007
```

Medical Recovery Specialists, LLC
2250 E Devon Ave
Suite 352
Des Plaines, IL 60018


Millennium Credit Consultants
P.O. Box 18160
Saint Paul, MN 55118


Nicor Gas
PO Box 190
Aurora, IL 60507


Norman Milld Pediatric
Dental Assoc LLC/Attn Karen
949 S Main Street
Lombard, IL 60148


North Shore Agency
9525 Sweet Valley Drive
Building A
Cleveland, OH 44125


Northwest Community Hospital
25709 Network Place
Chicago, IL 60673


Northwest Radiology Associates
520 E 22nd St
Lombard, IL 60148


Palatine Public Library
700 North Court
Palatine, IL 60067


Parenting Costumer Service
P.O. Box 420235
Palm Coast, FL 32142


Proactiv
PO Box 361448
Des Moines, IA 50336

```
Public Storage
PO Box 25050
Glendale, CA 91221


Souther Auto Finance
1201 W Cypress Creek Rd
Suite 200
Fort Lauderdale, FL 33309


Southern Auto Finance
PO Box 864610
Orlando, FL 32886


Southern Auto Finance
PO Box 592277
Orlando, FL 32859


Sprint
KSOPHT0101-Z4300
6391 Sprint Parkway
Overland Park, KS 66251


Sprint
4191
Carol Stream, IL 60197


State Farm Bank
PO Box 2326
Bloomington, IL 61702


Stellar Recovery, Inc
PO Box 1234
Fort Mill, SC 29716


TCF National Bank
801 Marquette Avenue
Minneapolis, MN 55402


TCF National Bank
801 Marquette Avenue
Minneapolis, MN 55402


THEA Toll Payment Center
PO Box 864667
Orlando, FL 32886
```

Transworld Systems inc.
Collegtion Agency
507 Prudential rd
Horsham, PA 19044


Transworld Systems inc.
507 Prudential Rd
Horsham, PA 19044


Unique National Collection
119 E Maple St
Jeffersonville, IN 47130


US Cellular
DEPT 0205
Palatine, IL 60055


Village of Wheeling
2 Community Boulevard
Wheeling, IL 60090


Village of Wheeling
PO Box 1368
Elmhurst, IL 60126


Virtuoso Sourcing Group
4500 Cherry Creek Drive
Suite 300
Denver, CO 80246


XSport
Schaumburg Location
1321 E Golf Rd
Schaumburg, IL 60173